AO91 (Rev. 12/03)  Criminal Complaint                                                                              AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas McAllen Division

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>vs.<br><br>Damaris Margolin HERNANDEZ-Chacon De Figueroa<br>IAE<br>Guatemala 1982 | **CRIMINAL COMPLAINT**<br><br>Case Number: 7:18-po-04318 |

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **May 21, 2018** in **Hidalgo** County, in the **Southern District Of Texas** defendant(s) did,

**Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

**Damaris Margolin HERNANDEZ-Chacon De Figueroa was encountered by Border Patrol Agents near Hidalgo, Texas on May 21, 2018. When questioned as to her citizenship, defendant stated that she was a citizen and national of Guatemala, who had entered the United States illegally on May 21, 2018 by rafting across the Rio Grande River near the Hidalgo, Texas Port of Entry.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/  Ramirez, Robert  Border Patrol Agent
Signature of Complainant

Ramirez, Robert    Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

May 23, 2018                                              at        McAllen, Texas
Date                                                                       City/State

Peter E Ormsby            U.S. Magistrate Judge
Name of Judge              Title of Judge                                 Signature of Judge